Darrel R. Jarvis (OSB #955013)
djarvis@medfordlaw.net
**JARVIS, DREYER, GLATTE & LARSEN, LLP**
823 Alder Creek Drive
Medford, Oregon 97504
Telephone: (541) 772-1977
Facsimile: (541) 772-3443

Timothy D. Nichols (*pro hac vice*)
tnichols@wnlaw.com
Brian N. Platt (*pro hac vice*)
bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Darex, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DAREX, LLC, | Case No.: 1:20-cv-01731-CL |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| J AND B TOOL SALES, INC., | |
| Defendant. | |

This matter is before this Court on the parties' Joint Stipulation for Dismissal. In their Stipulation, the parties request that the Court dismiss defendant J and B Tools Sales, Inc. retain jurisdiction over the matter to enforce the terms of the Settlement Agreement.

Pursuant to this request and good cause appearing therefore, this Court APPROVES AND ADOPTS the Stipulation. IT IS ORDERED that the Complaint is hereby dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Settlement Agreement between the parties.

DATED this __20__ day of January, 2021.

BY THE COURT:

_____
Mark D. Clarke
United States Magistrate Judge

ORDER FOR DISMISSAL                                    2